PLAINTIFF EXHIBIT 9


TO


ZIEBART'S RESPONSE TO Z
TECHNOLOGIES' MOTION FOR PARTIAL
SUMMARY JUDGMENT PURSUANT TO
FED. R. CIV. P. 56

(PX 9)

# Z Technologies Corporation
26500 Capitol Avenue
Redford, MI 48239

# Invoice

| Date | Invoice # | Account # |
|---|---|---|
| 1/9/2006 | 15913 | JOS01 |

PAID
01/20/2006

| Bill To | Ship To |
|---|---|
| REDACTED | REDACTED |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Work Order Number |
|---|---|---|---|---|---|---|
| Verbal-Nancy | Net 30 | | 1/6/2006 | ABF | Redford, MI | |

| Description | Item Code | Qty Ordered | Qty Shipped | Price Each | Amount |
|---|---|---|---|---|---|
| ZeeGuard Sealant Pail | 302500 | 2 | 2 | 72.00 | 144.00 |
| Batch: 011767 | | | | | |
| Formula Q Drum | 301600 | 3 | 3 | 319.00 | 957.00 |
| Batch: 011929 | | | | | |
| Scratch-N-Swirl Remover 1 Gallon | 202002 | 1 | 1 | 15.95 | 15.95 |
| Batch: 007228 | | | | | |
| Ultra Resealant Gal | 208106 | 2 | 2 | 24.95 | 49.90 |
| Batch: 007487 | | | | | |
| Rust Eliminator 1-Gal. | 300603 | 1 | 1 | 37.55 | 37.55 |
| Batch: 011382 | | | | | |
| COURTESY CREDIT FOR MIS-PACKAGED MATERIAL     per Ellis Breskman | 444444 | | -1 | 400.00 | -400.00 |

| | Total | $804.40 |
|---|---|---|

ZTECH 002041

Z Technologies Corporation
26500 Capitol Avenue
Redford, MI 48239

# Invoice

| Date | Invoice # | Account # |
|---|---|---|
| 6/26/2006 | 16942 | MAL01 |

PAID
08/03/2006

| Bill To |
|---|
| **REDACTED** |

| Ship To |
|---|
| **REDACTED** |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Work Order Number |
|---|---|---|---|---|---|---|
| VERBAL | Net 30 | | 6/27/2006 | CCX | Redford, MI | |

| Description | Item Code | Qty Ordered | Qty Shipped | Price Each | Amount |
|---|---|---|---|---|---|
| Formula Q Drum | 301600 | 2 | 2 | 287.10 | 574.20 |
| Batch: 012220 | | | | | |

| | Total | $574.20 |
|---|---|---|

ZTECH 002042

# Z Technologies Corporation
26500 Capitol Avenue
Redford, MI 48239

# Invoice

| Date | Invoice # | Account # |
|---|---|---|
| 9/4/2009 | 23742 | KID01 |

**PAID 10/21/2009**

| Bill To | Ship To |
|---|---|
| REDACTED | REDACTED |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Work Order Number |
|---|---|---|---|---|---|---|
| 229106 | Net 30 | | 9/3/2009 | Estes | Redford, MI | |

| Description | Item Code | Qty Ordered | Qty Shipped | Price Each | Amount |
|---|---|---|---|---|---|
| Formula Q Drum<br>Batch: 015313 | 301600 | 220 | 215 | 8.85 | 1,902.75 |

| | | Total | $1,902.75 |
|---|---|---|---|

ZTECH 002043